# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D23-2394
LT Case No. 2016-302546-CFDB

_____

JOHNNIE D. LLOYD,

    Petitioner,

    v.

STATE OF FLORIDA,

    Respondent.

_____

Petition for Belated Appeal.
A Case of Original Jurisdiction.

Johnnie D. Lloyd, Carrabelle, pro se.

No Appearance for Respondent.


October 10, 2023


PER CURIAM.

    DENIED.


MAKAR, HARRIS, and KILBANE, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____